UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FINANCIAL GROUP, INC.,<br>Plaintiff,<br>- against -<br>CLARE MILLS, and JOHN DOE NOS. 1-10,<br>Defendants. | Civil Action No. 04 11985 DPW |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

NOW COMES Citizens Financial Group, Inc. ("CFG"), by its attorneys, Goodwin Procter LLP, and submits the following Corporate Disclosure Statement pursuant to Local Rule 7.3:

1. CFG is a registered bank holding company organized and existing under the laws of the State of Delaware with its principal place of business in Providence, Rhode Island.

2. CFG is a wholly-owned subsidiary of Royal Bank of Scotland Group, PLC.

Respectfully submitted,

**CITIZENS FINANCIAL GROUP, INC.**

By its attorneys,

Dahlia Fetouh

R. David Hosp (BBO #634091)
Dahlia S. Fetouh (BBO #651196)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: September 14, 2004

LIBA/1413904.1